Case 12-01434   Doc 14   Filed 01/22/13   Entered 01/23/13 10:56:47   Desc Main
Document      Page 1 of 3

12-01434:14.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 1/7/2013 1:32:59 PM by:Daniel Logan Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Lawrence E. McIntyre | ) | Case No. 12-26860 |
| Monique Delgado McIntyre | ) | |
| | ) | Judge Schmetterer |
| Debtors | ) | |

---

| | | |
|---|---|---|
| Lawrence E. McIntyre | ) | |
| Monique Delgado McIntyre, | ) | |
| | ) | |
| Plaintiffs | ) | Adv. Proc. No.   12-01434 |
| | ) | |
| v. | ) | |
| | ) | |
| PNC Bank, | ) | |
| | ) | |
| Defendant | ) | |

*FINDINGS OF FACT AND CONCLUSIONS OF LAW* (handwritten)

## FINDINGS OF FACT

### A.   The Parties

1. The Plaintiffs are Lawrence E. and Monique Delgado McIntyre.

2. The Defendant is PNC Bank.

### B.  Factual Background

1. On July 5, 2012 Plaintiffs filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Plaintiffs own the real estate commonly known as 113 LeMoyne Parkway, Oak Park, Illinois 60302.

3. That CitiMortgage, Inc. holds a first mortgage lien on the real property commonly known as 113 LeMoyne Parkway, Oak Park, Illinois 60302, with a secured claim of $251,315.29.

4. The Defendant holds a second mortgage lien on the real property commonly known as 113 LeMoyne Parkway, Oak Park, Illinois 60302 in the approximate amount of $43,250.94 pursuant to proof of claim #6 filed on August 2, 2012 by Defendant.

5. That the Plaintiffs obtained a valuation of the property on August 21, 2012 indicating the value of 113 LeMoyne Parkway, Oak Park, Illinois 60302 to be no more than $225,000.

6. The first mortgage lien of Citibank, Inc. is a secured claim based on the mortgage recorded on November 24, 2004 as document number 0432948025 with the Cook County Recorder of Deeds, Illinois.

7. The second mortgage lien of the Defendant is a claim based on the mortgage recorded November 24, 2004 as document number 0432948026 with the Cook County Recorder of Deeds, Illinois.

8. The current Chapter 13 plan provides that the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $1,345 per month.

9. Under the Plan, general unsecured creditors will be paid a dividend of Thirty Nine percent (39%) of their allowed claims.



10. On November 16, 2012 Plaintiffs issued a summons and complaint pursuant 11 U.S.C. § 506(a) and the Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiff's property located at 113 LeMoyne Parkway, Oak Park, Illinois 60302.

11. That on November 16, 2012, a copy of the summons and complaint was served in accordance with the Federal Rules of Bankruptcy Procedure by U.S. Certified Mail upon PNC Bank.

12. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

13. No evidence has been presented to challenge the validity of the secured claim that holds priority over the second mortgage lien.

14. No evidence has been presented to challenge the appraised value of $225,000.

15. The first secured claim of Citimortgage, Inc. in the amount of $251,315.29 exhausts the value and equity in Plaintiff's residence.

16. There is no value and equity to support the claim of the Defendant.



## CONCLUSIONS OF LAW

### A  Jurisdiction

1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(a).

2. Venue is proper in this district pursuant to U.S.C. § 1409.

### B  Argument

1. This action was initiated under 11 U.S.C. § 506(a) and F.R. Bankr. P 3012.

2. The Debtor scheduled the first secured claim of Citimortgage, Inc. in the amount of $255,497.00 and the second secured claim of the Defendant in the amount of $47,390.00.

3. Citimortgage, Inc. filed a proof of claim on July 29, 2012 for the amount of $251,316.29. Said claim is secured by a first mortgage on the Plaintiff's property at 113 LeMoyne Parkway, Oak Park, IL 60302.

4. The Defendant filed a proof of claim on August 2, 2012 for the amount of $43,250.94. Said claim is second in priority to the first mortgage lien.

5. The value of Plaitiff's property is $225,000.

6. As there is no value or equity to support the second priority lien of the Defendant its claim is not a claim secured at all by a security interest in the Debtor's residence, as the term is used in §1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under F.R. Bankr. P. 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. *In re Meyer*, 2009 B 20268, Docket Entry 69 (Bankr.N.D.Ill. January 29, 2010).

Enter: _____

_____
United States Bankruptcy Judge

JAN 2 2 2013

Dated: 1/22/13

Attorney:   Daniel Logan
Address:    150 N. Michigan Avenue
            Suite 800
City:       Chicago, Illinois 60601
Telephone:  (312) 282-6600